1 | JOHN F. MCINTYRE, JR., Cal. Bar #
2 | POPELKA LAW GROUP
3 | 160 West Santa Clara Street, Suite 1200
San Jose, CA  95113-1733
Telephone:  (408) 298-6611
Facsimile:  (408) 275-0814

**Attorneys for Plaintiffs**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street, Suite 1600
San Jose, CA  95110
Telephone:  (408) 993-9911
Facsimile:   (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105-3441
Telephone:  (314) 480-1500
Facsimile:   (314) 480-1505                           *E-FILED - 10/17/06*

**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JAMES BIRKEY, RON WILSON, BARBARA WILSON, and PAMELA BEALE,<br><br>  Plaintiffs,<br>v.<br><br>OLIN CORPORATION and STANDARD FUSEE CORPORATION d/b/a ORION SAFETY PRODUCTS,<br><br>  Defendants. | Case No.:  C 04-00888 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS JAMES BIRKEY, RON WILSON, BARBARA WILSON, and PAMELA BEALE** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs James Birkey, Ron Wilson, Barbara Wilson, and Pamela Beale, and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs James Birkey, Ron Wilson, Barbara Wilson and Pamela Beale as to

---

Stipulation for Dismissal
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation
by Plaintiffs James Birkey, Ron Wilson, Barbara Wilson and Pamela Beale - 1**

1  defendant Olin Corporation.  All parties to bear their own costs and legal fees incurred to
2  date in this action.

4  Dated: _____

                                Respectfully submitted,

                                POPELKA LAW GROUP, APC

                                By:_____
                                    JOHN F. MCINTYRE, JR., Cal. Bar #
                                    160 West Santa Clara Street, Suite 1200
                                    San Jose, CA  95113-1733
                                    Telephone:  (408) 298-6611
                                    Facsimile:  (408) 275-0814

                                    Attorneys for Plaintiffs James Birkey,
                                    Ron Wilson, Barbara Wilson and Pamela Beale


                                HUSCH & EPPENBERGER, LLC


                                By: _____
                                    THOMAS M. CARNEY, admitted *pro hac vice*
                                    CAROL A. RUTTER, admitted *pro hac vice*
                                    190 Carondelet Plaza, Suite 600
                                    St. Louis, MO  63105-3441
                                    Telephone:  (314) 480-1500
                                    Facsimile:   (314) 480-1505

                                    RANDALL C. CREECH, Cal. Bar #65542
                                    CREECH, LIEBOW & KRAUS
                                    333 West San Carlos Street
                                    Suite 1600
                                    San Jose, CA  95110
                                    Telephone:  (408) 993-9911
                                    Facsimile:   (408) 993-1335

                                Attorneys for Defendant Olin Corporation

Stipulation for Dismissal

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation
by Plaintiffs James Birkey, Ron Wilson, Barbara Wilson and Pamela Beale - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JAMES BIRKEY, RON WILSON, BARBARA WILSON, and PAMELA BEALE,<br><br>  Plaintiffs,<br>v.<br><br>OLIN CORPORATION and STANDARD FUSEE CORPORATION d/b/a ORION SAFETY PRODUCTS,<br><br>  Defendants. | Case No.:  C 04-00888 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS JAMES BIRKEY, RON WILSON, BARBARA WILSON AND PAMELA BEALE** |

THIS MATTER coming on the motion of Plaintiffs James Birkey, Ron Wilson, Barbara Wilson and Pamela Beale, and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

  IT IS HEREBY ORDERED

The claims of Plaintiffs James Birkey, Ron Wilson, Barbara Wilson and Pamela Beale against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

                                   SO ORDERED:

 Dated: 10/17/06

                   /s/ Ronald M. Whyte

Stipulation for Dismissal
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation
by Plaintiffs James Birkey, Ron Wilson, Barbara Wilson and Pamela Beale - 3**